DOCKET NO._____

United States District Court
595 Main St.
Donahue Federal Building
Worcester, MA  01608

Date: August 11, 2017

PLAINTIFF
Robert J. Tashjian, V.M.D. Pro-Se
363 Prospect St.
West Boylston, MA  01583

DEFENDANT
WEST BOYLSTON CHIEF OF POLICE
DENNIS MINNICK, SR.
405 Prospect St.
West Boylston, MA  01583
And
CO-CONSPIRATORS (co-Defendants)

1. David McGrath, D.V.M.
   Collins-West Boylston, LLC
   Holden Veterinary Clinic
   11 Industrial Dr.
   Holden, MA  01520

2. Korde and Associates, P.C.
   90 Chelmsford St., Suite 3102
   Lowell, MA  01851-8100

3. Shellpoint Mortgage Servicing, LLC
   P. O. Box 10826
   Greenville, SC  29603

4. Ocwen Mortgage Servicing, LLC
   P. O. Box 24738
   West Palm Beach, FL  33416-4738
   714-304-0876

5. Dr. Eric Dickson M.D., CEO, President
   U/Mass Hospital
   55 N. Lake Ave.
   Worcester, MA  01655
   U/Mass Hospitals
   55 N. Lake Ave.
   Worcester, MA  01655

6. U/Mass Memorial Worcester
   55 No. Lake Avenue
   Worcester, MA  01655

   U/Mass Memorial Worcester
   119 Belmont Street
   Worcester, MA  01605

   U/Mass Memorial Clinton
   201 Highland Street
   Clinton, MA  01510

7. Town of West Boylston
   Anita Scheipers, Town Administrator
   140 Worcester St.
   West Boylston, MA  01583

FEDERAL DOCKET NUMBER:

CIVIL COMPLAINT

Civil complaint to coordinate with U.S. Federal Court criminal based upon racketeering, conspiracy, fraud, seriously damaging national health, national security with global peace irreversible consequences. Request full jury with each listed defendant responsible for financial damages determined by jury trial.

CIVIL COMPLAINT & MOTION

Emergency motion if necessary to postpone by any listed defendants (co-conspirators) to attempt a foreclosure of 363 Prospect St., West Boylston, MA home and adjoining lots in order to allow all facts and evidence be protected and this civil trial proceed in the legal judicial system in cooperation with Federal Criminal investigations to the U.S. Justice Department and Trump Administration

CIVIL AND CRIMINAL VIOLATIONS

1. There has been little choice but to file this civil lawsuit at this time to make absolutely certain no further attempts are made to foreclose on the remaining properties of the Plaintiff at 363 Prospect St. and 77 Lee St., West Boylston. This civil lawsuit will allow precious time for the Plaintiff to communicate directly with the U.S. Justice Department in Washington and to President Trump and his administration in the White House. As stated in earlier communication to the U.S. District Court. (Public Corruption)

   A. This political swamp has evolved over decades and originates from a small town in Massachusetts, involving State government in Massachusetts and finally to the Federal government in Washington. The eventual resolution can impact upon all Americans with serious global consequences.
   B. Korde & Associates are aware of these fraud complications and the very unclear mortgage of 363 Prospect Street, yet they proceeded to attempt a foreclosure on June 16, 2017. I clearly state we have the facts and evidence in the 8 containers at 363 Prospect Street. The nation and the world can observe law enforcement and a justice system draining the swamp hopefully not only to include cooperatively the U.S. Justice Department but also the Department of Defense, Homeland Security, Health and Human Services, IRS, and even Ambassador to China fraud requiring Federal Criminal Investigation and prosecution.
   C. MORTGAGE FRAUD
      MORTGAGE SERVICING FRAUD
      INSURANCE FRAUD
      TAX FRAUD
      MAIL FRAUD
      VULTURE BANKRUPCTY FRAUD WITH INTERSTATE PONZI SCHEME
      SELF-DEALING
      CONSPIRACY TO COMMIT MURDER BY MEDICAL EUTHANASIA
      CONSPIRACY RACKETEERING, MONEY LAUDERING, GREED
      These are the interrelated charges.

EMERGENCY APPEAL TO CANCEL FORECLOSURE OF MY PERSONAL HOME AND RESIDENCE AT 363 PROSPECT STREET, WEST BOYLSTON, MA FOR JUNE 16,2017 AT 3:00 P.M.

1. Exhibit 1 is a copy of the emergency motion submitted by Plaintiff, Dr. Robert J. Tashjian, on June 14, 2017 and I am extremely grateful to the U.S. District Court of Appeals to cancel the June 14, 2017 auction date.
2. Exhibit 1 briefly describes my personal health challenges and being forced to relocate penniless and homeless under these conditions would be a death sentence.
3. My health insurance and medications had also been temporarily discontinued and this relates to an involvement of Chief of Police, Dennis Minnick, Sr. The facts have also been carefully reviewed by Blue Cross-Blue Shield, my health care provider for decades and these facts will be provided in the civil complaint.
4. Reliant Medical has provided a team of doctors and specialists in order to establish my health status. All my medical record details will be made available especially in the conspiracy to commit medical euthanasia.
5. I am currently handwriting this response under great pain with medication to ease the pain. The conditions are the same as described in Exhibit 1.
6. Chief of Police, Dennis Minnick, Sr. and his co-defendants understand with cruel and ruthless disregard the damages (health and financial) they are imposing upon a senior citizen for their own personal financial advantages.

EXHIBIT 2
COMMUNICATION FROM U.S. DEPARTMENT OF JUSTICE, MAIL REFERRAL UNIT, WASHINGTON, D.C. 20530

1. Pro-Se Roert Tashjian received a letter dated July 11, 2017 from the U.S. Department of Justice.

2. The letter states the following:

   Pro Se Robert Tashjian
   363 Prospect St.
   West Boylston, MA  01583-1626

   "Dear Pro Se Tashjian,

   Thank you for your letter dated July 4, 2017 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on July 11, 2017 and assigned ID number 3855891.

   Your letter will be reviewed and if a response or a n update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at 301-583-7350 and refer to your ID number 3855891 when requesting any information concerning your correspondence.

4

Sincerely,

Mail Referral Unit
Department of Justice"

3. As Pro-Se, I have sent significant documentation to both President Donald J. Trump and Attorney General Jeff Sessions. I have also included copies to the Office of U.S. Attorneys at Federal District Court, Worcester, MA
4. At this time, there seemed to be little alternative but to file a civil complaint as a basis to fully cooperate with the criminal division of the U.S. Justice Department that will include the Attorney General, Deputy Attorney General or Associate Attorney General.

## EXHIBITS 3-8

COVER PAGES OF BOUND SUPPORTING DOCUMENTS PREVIOUSLY SUBMITTED TO FEDERAL DISTRICT COURT, WORCESTER, MA FEDERAL DISSTRICT APPEALS COURT BOSTON, MA

## SHELLPOINT MORTGAGE SERVICING
## P.O. BOX 10826
## GREENVILLE, SC 29603

1. Exhibit 9 is a copy of a recent communication from Shellpoint Mortgage Servicing. It is my understanding that Shellpoint is responsible for all final decisions on the 363 Prospect St. mortgage and I intend to continue communication with Shellpoint as the civil complaint continues.
2. I recently communicated with the U/Mass Medical School regarding obtaining medical records, death certificate and other details for my sister, Helen Tashjian. I was informed nothing can be released until her entire Will has been properly probated which has been delayed for obvious reasons. I intend to proceed as quickly as possible to have her Will properly probated.

MALDEN BROOK FARM, LLC BANKRUPTCY CASE #10-42617-CIP
1. Malden Brooks Farm, LLC was so organized in order to perpetuate the real estate and assets which represented over a century of a family heritage to be perpetuated into the ages by the non-profit 501 (C) (3) public operating foundation, The American Veterinary Medical Frontiers, Inc. Instead, Police Chief Dennis Minnick, Sr. saw personal financial advantages in which trust had initially been provided to him, especially related to public safety collaborating with West Boylston town government in key areas also encouraged this financial opportunity by the Police Chief to mislead the voters of West Boylston and anyone related to the Malden Brook Farm units including all West Boylston and Holden, MA units. If the Plaintiff had not summoned the falsified Section 12 charges including hospitalization of medical malpractice especially at U/Mass Memorial Clinton Hospital, Chief Minnick may have succeeded convincing others and become a multi-millionaire.
The initial bankruptcy was intended to be very short term with Dr. Robert Tashjian and Dr. Helen Tashjian as equity shareholders of Malden Brook Farms, LLC. This meant they could represent

themselves without an attorney. The presiding bankruptcy judge, Melvin Hoffman made this extremely difficult by rules he requested be required to even speak before the court. This provided an ideal opportunity for Chief Minnick and Mr. Shawn Lyden a close business associate of Dennis Minnick, and reason for filing a Chapter 11 and ideal opportunity to force a systematic sale of the farm units primarily to Chief Minnick.

Conversion of Malden Brook Farms, LLC from Chapter 11 to Chapter 7 was under strong protest by Dr. Robert Tashjian and Dr. Helen Tashjian and the justification by Judge Hoffman still is highly questionable.

Trustee Johnathan Goldsmith abandoned 29 Prospect St. which was a Malden Brook Farms, LLC unit. That decision created a basis for Chief Minnick to begin using the Section 12 approach and a detailed history that will be presented in the civil complaint with David McGrath, D.V.M. as a co-conspirator.

Dr. Helen E. Tashjian died August 26, 2014. Her primary medical diagnosis at U/Mass Medical was incurable blood cancer, Waldenstram's Macroglobelmia. In addition, during her hospitalizations, she acquired three hospital resistant bacteria;

1) Clostridium difficle, 2) Pseudomonas aeroginsa, 3) Klebsella pneumonia (this is the same hospital acquired resistant bacteria that nearly temporarily closed the N1H Clinical Center Hospital, Bethesda, Maryland. Helen was temporarily living at 29 Prospect St. at that time. The medical advice was she should be quickly moved to her home with adequate space and facilities for such a patient and 363 Prospect St. was found to be satisfactory to also provide adequate nursing care. I presented this as an emergency to Judge Hoffman and he immediately agreed that the 363 Prospect St. was to be abandoned from Malden Brook Farms, LLC. However, Trustee Goldsmith did not agree to abandon the two adjoining house lots and to this time, the 363 home and the two adjoining house lots are Malden Brook Farms, LLC.

    I have been very careful not to create any problems as the Malden Brook Farms, LLC has ended and I requested a number of times recently from Trustee Goldsmith a statement that the two 363 Prospect St. house lots are also abandoned. I still have no response other than an inadequate court document submitted as an exhibit to Federal District Court, Worcester.

    The significance of 363 Prospect St. and the two adjoining lots is enormously vital for public health and national security. These properties are surrounded by Department of Conservation and Recreation (DCR) land with water flowing from acres of DCR land directly onto the 363 Prospect St. property and continuing to 405 Prospect St. directly into areas of DCR-CR (Conservation Restrictions). Water pipes, sewer lines, surface and underground water flows could endanger the West Boylston water supply and water supplies flowing to the reservoir in West Boylston and impacting Boston water.

2. Robert and Helen Tashjian, Malden Brook Farms, LLC are still receiving mail as recent as June 28, 2017 from the U.S. Bankruptcy Court, District of New Hampshire regarding a past mortgage which was recently manipulated and purchased by Dennis Minnick, Sr. taking my fully furnished home and property at 405 Prospect St., the mortgage on 405 Prospect St. included a Ponzi scheme based from New Hampshire requiring FBI investigation including the New Hampshire Attorney General.

    The 405 Mortgage was closely connected with Mr. Shawn Lyden and Dennis Minnick, Sr. The mortgage and Ponzi scheme was discussed in Worcester Bankruptcy Court and Trustee Goldsmith even stated in court he was aware of the Ponzi scheme involving another state. At that

same hearing, I brought to the attention of Judge Hoffman the significance of the equipment, property and resources for 405 Prospect St.

    I have collaborated with DCR for decades and I will request testimony that not only includes 363 Prospect St., 405 Prospect St., but all Farm Units with DCR or DCR-CR restrictions.


OCWEN LOAN SERVICING
P. O. Box 24738
West Palm Beach, FL  33416-4738
Account #7143040876

1. Ocean Loan Servicing currently is the mortgage holder for 77 Lee St., West Boylston, and the Estate of Helen E. Tashjian.
2. This property in addition to the 363 Prospect St. property are the last two remaining properties of Malden Brook Farm units.
3. The property of approximately 5 acres is significant because it is the gateway to the controversial 71 Lee St. "Shrimp Farm" that was acquired by Dennis Minnick, Sr. using a highly controversial usage of DCR and DCR-CR funds in addition to the Massachusetts Department of Agricultural Resources (MDAR) funds. It is absolutely essential to have a full and comprehensive investigation of DCR and MDAR funds, and the terms on how property was acquired using state and federal tax payer funding. This information must be disclosed on how state and federal funding was reported on tax returns. The DCR and MDAR plan was to never pave a sensitive environmental area adjacent to the Lee St. well fields which Dennis Minnick, Sr. paved leading to the 71 Lee St. with many environmental violations threatening the town water supply and the water supply for Boston water.
4. Also extremely essential is the last four horses from the significant research that was near completed in collaboration with Chinese military and civilian scientsts of discover a vaccine for AIDS is all that remain from a herd of over 70 horses who lived on a natural environment on Malden Brook Farm and from that herd was discovered a naturally protective antibody GP90 in which that research was damaged by Mass government beaurocracy which Chief Minnick used to his full advantage and these facts can all be documented with records still at 363 Prospect St. and the 8 containers.
5. Dr. Roger Lloyd, Vice President of the American Veterinary Medical Frontiers traveled to China with me in the past and together discussed preparation and response for biological warfare and the use of the Chinese live alternated EIA vaccine as an animal model for an AIDS-HIV vaccine. Dr. Lloyd is now a retired professor from Florida and is even agreeable to move to Massachusetts, to join with Dr. Tashjian and others to again unite all units of AVMF and to seek justice for all Americans.

MILITARY POLICE

I will respectfully request the Trump Administration to provide the necessary, fully equipped military police support. The conditions and facts that now exist are beyond the scope of dependency upon the local West Boylston police and the Massachusetts State Police.

    The responsibilities of the military police will in time extend beyond the security of unreplaceable written facts and evidence in the files in the 8 containers and home at 363 Prospect St. but the unique challenges of nuclear, biological, chemical (NBC) primarily biological attack. Boston and New York City are likely targets and the world is engaged in a global religious World War III hoping for global peace but preparation and response is absolutely vital. The unique resources here in Massachusetts on Prospect St. are well described in the 150-page document I wrote in 2009 in Exhibit 3. Unfortunately, the Obama administration chose not to help implement Exhibit 3. However, I did have strong bi-partisan supporters such as Senator John Kerry and Senator Ted Kennedy. Significant in that plan was the use of I-190 as a landing site in the event of disaster. This is located against the Holden-Malden Brook Farm property. The significance of using the highway I-190 for a military response and to help civilians is absolutely essential for disaster medicine. Furthermore, botulism spores are occurring naturally on the agricultural soils including DCR land on Prospect St. Botulism in the soils and water must be controlled, nor be a source of toxin for potential terrorists.

EXHIBIT 3 is a plan that should be implemented and is still possible. No health insurance for this kind of disaster, civil disobedience, no adequate food or water for humans and animals, no proper preparation for civilians as during World War II. It should be clearly understood there is no health plan for the public as ambulances and hospitals soon become contaminated and are forced to close

NEW WORLD ORDER BIOLOGICAL WEAPONS OF MASS DISTRUCTION

WORLD WAR III

BIOLOGICAL WARFARE (DOMESTIC AND FOREIGN)

SPECIAL PROSECUTORS AND GRAND JURIES

NO HEALTH INSURANCE FOR ALL AMERICANS

JUSTICE BY THE PEOPLE AND FOR THE PEOPLE AS AMERICA IS EVOLVING INTO

REVOLUTIONARY CRISIS COMPARABLE TO THE REVOLUTIONARY

AND CIVIL WARS

1. The problem described in West Boylston far exceeds a greedy Police Chief, but a Police Chief who was trusted with the truth to continue the mission and to avoid especially any violations with the classified discretionary funding federal biocontainment's laboratories at Tufts Veterinary School in Grafton, MA and Boston University Medical School in Boston, MA.
2. Understand the significance:
   a. Discretionary funding – No public accounting of funds and even to most of Congress actual budgets not available
   b. Classified – the truth needs not be told to the public regarding the biological and animal research in these laboratories. Therefore, telling untruths is acceptable as a national security standard.
   c. Biosafety level 4 is the most lethal and is the laboratory at Boston University. Biosafety level 3 is less lethal and is the classification of the laboratory at Tufts Veterinary School.
3. Of the appropriate 14 of these laboratories, Massachusetts is the only state with two.
4. Prior to the election of President Obama, I worked closely especially with the FBI anti-terrorism and also with the IRS and some with the CIA. There are detailed files and written communications that are still available in the containers at 363 Prospect St.
5. The Obama Administration changed everything in policy and meant 8 years of my personal extinction which would have continued if Hillary Clinton won the U.S. Presidency.
6. I clearly recall the advice of a senior FBI agent in counter-terrorism when he said to me, "Either join in with Tufts Veterinary School and the bio-contaminent laboratories or I will be completely destroyed and lose everything in a period of time." It was very difficult for me to believe such a fate at that time but it did occur and would have occurred if Donald Trump had not been elected President of the United States.
7. President George Bush, Sr. promoted a U.S. Policy of THE NEW WORLD ORDER.
   a. The American public should clearly understand the significance of the New World Order Policy which Hillary Clinton understands but Donald Trump was not fully informed until he was elected president.
   b. My understanding of the New World Order is if there is a significant World War III killing masses of people in the world as by biological weapons of mass destruction, there will be a significant decrease in the world population with no health coverage and an international government will be established possibly not even in the United States. All past presidents and their immediate families including key government officials will be protected by highly sophisticated underground families including planes that can fly to safety somewhere in the world. Select billionaires would be included.

   c. President Bush also in the past headed the CIA which means under National Security they are not required to be truthful with the public.
   d. Hillary Clinton was aware of the New World Order because of past Presidents and Bill Clinton being included. Donald Trump had no prior government experience and refers to this PUBLIC CORRUPTION as the SWAMP. There will also be NO UNIVERSAL HEALTH COVERAGE and humans and animals will be left to suffer and die in masses.
   e. My past experiences with the Chinese medical military doctors and scientists is they are far more advanced over the United States in preparing for such a global disaster.

8. Special Prosecutor and Grand Jury
   a. This is another lucrative business for lawyers who are also influential politicians.
   b. The Democrats used this on President Richard Nixon and the Republicans on President Bill Clinton. Now, the Democrats are attempting to use this on President Trump.
   c. It is a costly political approach with a heavy financial cost to the taxpayers.
   d. I learned from practical experience that I can best refer to as "Kangaroo Justice" especially practiced in the South prior to the Civil Rights Judicial Reforms. I refused such legal Kangaroo Justice to be imposed upon me at Clinton, MA U-Mass Memorial Hospital and it was explicitly evident in Worcester Housing Court with a court appointed attorney.
   e. I intend to place all facts and evidence from the very beginning to the current events on the American Veterinary Medical Frontiers website and my personal veterinary hospital website. Much is already on the website. All Americans will be able to review the facts and evidence including anyone else in the world.
      We will reach out to ALL AMERICANS and ALL PEOPLE OF THE WORLD in search of GLOBAL PEACE.

The Defendant and Co-Defendants have all received copies of this communication by Priority Mail. In addition, the U.S. Department of Justice and U.S. President Donald J. Trump have received copies.

Respectfully Submitted,

*[signature]*

---

Robert J. Tashjian, V.M.D. Pro Se
P. O. Box 373
West Boylston, MA  01583
508-250-7777