# United States Court of Appeals
## For the First Circuit

No. 18-1272

ROBERT J. TASHJIAN

Plaintiff - Appellant

v.

DENNIS MINNICH, SR., West Boylston Chief of Police; DAVID MCGRATH; KORDE & ASSOCIATES, P.C.; NEW PENN FINANCIAL, LLC, d/b/a Shellpoint Mortgage Servicing, LLC; OCWEN MORTGAGE SERVICING, LLC; DR. ERIC DICKSON; U/MASS MEMORIAL WORCESTER; U/MASS MEMORIAL CLINTON; TOWN OF WEST BOYLSTON, Anita Scheipers, Town Administrator; COLLINS WEST BOYLSTON, LLC

Defendants - Appellees

**MANDATE**

Entered: October 3, 2018

In accordance with the judgment of August 3, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Maria R. Hamilton, Clerk

cc:
James A. Bello
Gerard T. Donnelly
Robert James Durant Jr.
Krystle Guillory Tadesse
Richard J. Levin
Courtney E. Mayo
Walter Harley Porr Jr.
Seth H. Salinger
Robert J. Tashjian
Michael P. Trainor
Lori Kathleen Vaulding
Tory A. Weigand